| Last Name | ALT | AST | PLATELTE COUNT | ALBUMIN | TOTAL BILIRUBIN | APRI | GENOTYPE | ULIN | HIV | Encephalopathy: None, Confusion, Somnolence | Ascites: absent, slight, moderate | Child-Pugh Class | Committee Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 40 | 33 | 101 | 4.8 | 0.9 | 0.817 | 0 | 40 |  |  |  |  |  |
|  | 40 | 33 | 101 | 4.8 | 0.9 | 0.817 | 0 | 40 |  |  |  |  |  |
|  | 18 | 21 | 245 | 4.3 | 0.2 | 0.214 | 0 | 40 |  |  |  |  |  |
|  | 18 | 21 | 245 | 4.3 | 0.2 | 0.214 | 0 | 40 |  |  |  |  |  |
|  | 154 | 77 | 184 | 4.6 | 0.5 | 1.046 | 0 | 40 |  |  |  |  |  |
|  | 26 | 23 | 190 | 4.7 | 0.7 | 0.303 | 0 | 40 |  |  |  |  |  |
|  | 58 | 49 | 199 | 4.3 | 0.4 | 0.616 |  | 40 |  |  |  |  |  |
|  | 10 | 17 | 219 | 5.3 | 0.4 | 0.194 |  | 40 |  |  |  |  |  |
|  | 32 | 31 | 231 | 4.9 | 0.5 | 0.335 |  | 40 |  |  |  |  |  |
|  | 38 | 76 | 235 | 4.1 | 0.3 | 0.809 |  | 40 |  |  |  |  |  |
|  | 75 | 45 | 253 | 4.8 | 0.4 | 0.445 | 0 | 40 |  |  |  |  |  |
|  | 63 | 38 | 285 | 4.5 | 0.3 | 0.333 | 0 | 40 |  |  |  |  |  |
|  | 17 | 24 | 167 | 0 | 0 | 0.449 | 0 | 32 |  |  |  |  |  |
|  | 17 | 24 | 167 | 0 | 0 | 0.449 | 0 | 32 |  |  |  |  |  |
|  | 13 | 8 | 205 | 0 | 0 | 0.122 | 0 | 32 |  |  |  |  |  |
|  | 13 | 8 | 205 | 0 | 0 | 0.122 | 0 | 32 |  |  |  |  |  |
|  | 16 | 20 | 218 | 0 | 0 | 0.287 | 0 | 32 |  |  |  |  |  |
|  | 16 | 20 | 218 | 0 | 0 | 0.287 | 0 | 32 |  |  |  |  |  |
|  | 118 | 60 | 289 | 0 | 0 | 0.649 | 0 | 32 |  |  |  |  |  |
|  | 118 | 60 | 289 | 0 | 0 | 0.649 | 0 | 32 |  |  |  |  |  |
|  | 38 | 39 | 268 | 4.8 | 0.7 | 0.364 | N/D | 40 |  |  |  |  |  |
|  | 50 | 41 | 268 | 4.7 | 0.5 | 0.382 | N/D | 40 |  |  |  |  |  |
|  | 45 | 28 | 159 | 4.9 | 1.1 | 0.440 | 1A/1B | 40 |  |  |  |  |  |
|  | 25 | 26 | 235 | 4.2 | 0.4 | 0.277 | 1b | 40 |  |  |  |  |  |
|  | 9 | 11 | 315 | 4.3 | 0.3 | 0.087 |  | 40 |  |  |  |  |  |
|  | 68 | 51 | 117 | 4.6 | 1.8 | 1.090 | 1A | 40 |  |  |  |  |  |
|  | 31 | 22 | 150 | 4.6 | 1.3 | 0.367 |  | 40 |  |  |  |  |  |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 84 | 45 | 600 | 4.4 | 0.4 | 0.188 | | 40 | | | | |
| | 23 | 34 | 321 | 3.3 | 0.4 | 0.265 | N/D | 40 | | | | |
| | 25 | 20 | 167 | 4.6 | 0.2 | 0.299 | | 40 | | | | |
| | 52 | 27 | 188 | 4.2 | 0.4 | 0.359 | | 40 | | | | |
| | NOT DONE | NOTDONE | 218 | - | - | #VALUE! | - | 40 | | | | |
| | 14 | 20 | 240 | 4 | 0.2 | 0.208 | | 40 | | | | |
| | 95 | 64 | 160 | 4.1 | 0.4 | 1.000 | | 40 | | | | |
| | 30 | 30 | 194 | 4.4 | 0.3 | 0.387 | N/D | 40 | | | | |
| | 52 | 38 | 205 | 4.7 | 0.4 | 0.463 | 1A | 40 | | | | |
| | 38 | 34 | 209 | 4.9 | 0.3 | 0.407 | NEG | 40 | | | | |
| | - | - | - | - | - | #VALUE! | | 40 | | | | |
| | 39 | 51 | 170 | 4.5 | 0.4 | 0.750 | | 40 | | | | |
| | 32 | 23 | 204 | 4.6 | 0.3 | 0.282 | | 40 | | | | |
| | 18 | 22 | 222 | 4.6 | 0.3 | 0.248 | | 40 | | | | |
| | 50 | 38 | 1666 | 4.7 | 0.3 | 0.057 | | 40 | | | | |
| | 8 | 13 | 278 | 4.7 | 0.3 | 0.117 | | 40 | | | | |
| | 77 | 49 | 165 | 4.4 | 0.6 | 0.742 | | 40 | | | | |
| | 55 | 41 | 150 | 4.3 | 0.3 | 0.683 | | 40 | | | | |
| | 20 | 19 | 256 | 4.4 | 0.2 | 0.186 | | 40 | | | | |
| | 136 | 72 | 252 | 5.1 | 1.5 | 0.714 | N/D | 40 | | | | |
| | 11 | 19 | 251 | 4.6 | 0.4 | 0.189 | | 40 | | | | |
| | 29 | 33 | 191 | 4.2 | 0.3 | 0.432 | 1a | 40 | | | | |
| | 34 | 28 | 88 | 4.3 | 0.3 | 0.795 | | 40 | | | | |
| | 23 | 29 | 264 | 4.4 | 0.3 | 0.275 | N/D | 40 | | | | |
| | 89 | 48 | 169 | 4.9 | 2 | 0.710 | | 40 | | | | |
| | 24 | 32 | 184 | 4.4 | 0.4 | 0.435 | 1A | 40 | | | | |
| | 26 | 23 | 213 | 4.6 | 0.2 | 0.270 | NOT DETECTED | 40 | | | | |
| | 19 | 19 | 217 | 4.9 | 0.3 | 0.219 | N/D | 40 | | | | |
| | 47 | 40 | 140 | 4.6 | 0.4 | 0.714 | | 40 | | | | |