IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARL HOFFER, et al.,**

    **Plaintiffs,**

v.                              Case No. 4:17cv214-MW/CAS

**JULIE L. JONES, in her official
capacity as Secretary of the
Florida Department of Corrections,**

    **Defendant.**

_____/

## ORDER DENYING MOTION TO DISMISS

This Court has considered, without hearing, Defendant's Motion to Dismiss, ECF No. 18. The motion is **DENIED**.

**SO ORDERED** on November 17, 2017.

                                                      s/Mark E. Walker           
                                                      **United States District Judge**