UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL HOFFER,
RONALD MCPHERSON, and
ROLAND MOLINA, individually
and on behalf of a class of persons
similarly situated,

    Plaintiff,

v.                                                   Case No. 4:17-cv-00214-MW-CAS

JULIE L. JONES, in her official
capacity as Secretary of the
Florida Department of Corrections,

    Defendants.
_____/

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

    Undersigned counsel, Lance Eric Neff, moves this Court for leave to withdraw as counsel of record for Defendant Secretary Jones. The general counsel for the Florida Department of Corrections has been contacted and does not oppose this withdrawal.

                                                  Respectfully submitted,

                                                  **PAMELA JO BONDI**
                                                  **ATTORNEY GENERAL**

                                                  s/ Lance Eric Neff_____

Lance Eric Neff
Senior Assistant Attorney General
Florida Bar Number 26626
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 - Facsimile
Email: Lance.Neff@myfloridalegal.com

## CERTIFICATE OF CONFERENCE

In accordance with N.D. Fla. Loc. R. 7.1(B), the undersigned conferred with counsel for the Plaintiffs, Mr. Randall Berg, who advises Plaintiffs do not oppose this motion.

## CERTIFICATION OF MEMORANDUM WORD COUNT

Undersigned counsel, pursuant to local rule 7.1(F), certifies the preceding memorandum contains 38 words.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to all counsel of record on this 4th day of Janaury, 2018.

s/ Lance Eric Neff
LANCE ERIC NEFF