UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARL HOFFER, RONALD MCPHERSON, and ROLAND MOLINA, individually and on behalf of a Class of persons similarly situated,**

 **Plaintiffs,**

vs.               Case No.: 4:17-cv-214-MW/CAS

**JULIE L. JONES,**

 **Defendant.**

_____/

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to N.D. Fla. Rules 7.1 (G)(3) and 11.1 (H), counsel for Defendant, Julie L. Jones ("Defendant") moves the Court to enter an order permitting the withdrawal of Stephanie A. Daniel, as attorney for Defendant in this action, and her substitution by Karen A. Brodeen, as co-counsel.

Defendant has consented to allowing Stephanie Daniel to withdraw as counsel for Defendant. Al Bowden continues to represent Defendant as lead counsel. (It is noted that it was not Stephanie Daniel's intent to be counsel of record when she filed Defendant's Motion for Continuance for Plaintiffs' Motion to Compel Hearing (DE 162) when Mr. Bowden was out of the office for a medical procedure and Mr. Neff also was out of the office).

Page **1** of **3**

The substitution of Ms. Brodeen as counsel will not be used by Defendant as a basis for requesting any delays in this matter.

>Respectfully submitted,
>
>PAMELA JO BONDI
>ATTORNEY GENERAL
>
>/s/ Stephanie A. Daniel
>STEPHANIE A. DANIEL
>Chief, State Programs Litigation
>Fla. Bar No.  332305
>Stephanie.Daniel@myfloridalegal.com
>
>/s/ Albert J. Bowden
>Albert J. Bowden
>Special Counsel
>Florida Bar No.: 0802190
>al.bowden@myfloridalegal.com
>
>/s/ Karen A. Brodeen
>KAREN A. BRODEEN
>Senior Assistant Attorney General
>Fla. Bar No.: 512771
>Karen.brodeen@myfloridalegal.com
>
>Office of the Attorney General
>Civil Litigation
>PL 01, The Capitol
>Tallahassee, FL 32399-1050
>(850) 414-3300
>(850) 488-4872 (Facsimile)
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been electronically served by the Court's CM/ECF system this 5th day of January, 2018, which serves on all counsel of record as follows:

| | |
|---|---|
| Randall C. Berg, Jr., Esq.<br>Florida Justice Institute, Inc.<br>3750 Miami Tower<br>100 S. E. Second Street<br>Miami, FL33131-2309<br>Telephone: (305) 358-2081<br>Facsimile: (305) 358-0910<br>rberg@floridajusticeinstitute.org | Dante P. Trevisani, Esq.<br>Florida Justice Institute, Inc.<br>3750 Miami Tower<br>100 S. E. Second Street<br>Miami, FL33131-2309<br>Telephone: (305) 358-2081<br>Facsimile: (305) 358-0910<br>dtrevisani@floridajusticeinstitute.org |
| Erica A. Selig, Esq.<br>Florida Justice Institute, Inc.<br>3750 Miami Tower<br>100 S. E. Second Street<br>Miami, FL33131-2309<br>Telephone: (305) 358-2081<br>Facsimile: (305) 358-0910<br>eselig@floridajusticeinstitute.org | |

                              /s/ Karen A. Brodeen<br>                              Karen A. Brodeen