UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL HOFFER, et al.,

    *Plaintiffs*,

v.                                             Case No. 4:17cv214-MW/CAS

JULIE L. JONES, in her official
capacity as Secretary of the
Florida Department of
Corrections,

    *Defendant.*
_____/

## ORDER MODIFYING PRELIMINARY INJUNCTION

This Court entered a Preliminary Injunction, ECF No. 185, and then modified it twice, ECF No. 214; ECF No. 218. Subsequently, Plaintiffs moved this Court to enter a second, successive preliminary injunction. ECF No. 224. This Court granted that motion and ordered that the Preliminary Injunction, as modified, would re-issue on March 14, 2018. ECF No. 226.

Now, before the effective date of the Second Preliminary Injunction, Defendant moves for a further modification. ECF No. 231. In that motion, Defendant requests that this Court extend the evaluation deadlines for all inmates with fibrosis scores of F2 or

1

greater, which are the inmates that this Court has ordered to receive treatment with direct acting anti-viral medications ("DAAs"). *Id.* at 5–7. Defendant also requests that the information to be included in Section D of the monthly cHCV status report include not only the number of inmates who have been both staged and evaluated, but also the number of inmates who have been staged. *Id.* at 8; *see also* ECF No. 185, at 6. Plaintiffs do not oppose Defendants' motion. ECF No. 231, at 9.

Accordingly,

**IT IS ORDERED:**

1. Defendant's motion for modification of the Preliminary Injunction, ECF No. 231, is **GRANTED**.

2. The Preliminary Injunction, ECF No. 185, is modified as follows:

    a. Paragraph 1(c) is modified to read: "FDC must stage (that is, conduct blood tests, proprietary indices, imaging, etc. to determine the F-score) all of the ~7,500 inmates it knows to have chronic HCV no later than April 30, 2018."

    b. Paragraph 1(d)[1] is modified to read: "Of the ~7,500 inmates FDC knows have chronic HCV, FDC must stage (that is, conduct blood tests, proprietary indices, imaging, etc. to determine the F-score) the 2,500 inmates with the most immediate needs (as determined by evaluating albumin levels in conjunction with the predictive scoring index ("FibroSURE"), other lab tests on the spreadsheet, and abdominal ultrasounds) no later than February 28, 2018."

    c. Paragraph 1(f)[2] is added to read: "For the ~7,500 inmates FDC knows to have chronic HCV, FDC must evaluate them (that is, review their release date, other medical history, contraindications, etc. to determine eligibility for treatment) according to the following schedule:

        i. The chronic HCV inmates who have a fibrosis score of F4, and who need to have their

---

[1] Paragraph 1(d) has already been modified once. *See* ECF 214, at 7.

[2] This Court already modified the injunction to add paragraph 1(e). *See* ECF 218, at 2.

  treatment with DAAs initiated before the end of May 2018, must be evaluated for that treatment no later than April 30, 2018.

  ii. The chronic HCV inmates who have a fibrosis score of F3, and who need to have their treatment with DAAs initiated before the end of December 2018, must be evaluated for that treatment no later than September 30, 2018.

  iii. The chronic HCV inmates who have a fibrosis score of F2, and who need to have their treatment with DAAs initiated by before the end of December 2019, must be evaluated for that treatment no later than September 30, 2019.

  iv. For all other inmates (that is, inmates not currently known to have chronic HCV), FDC must evaluate and stage inmates within 60 days of confirming that the inmates have chronic HCV."

 d. Paragraph 4(d) is modified to read: "The total number of inmates in FDC custody who have been identified as having chronic HCV and have been staged. This

number must be further broken down by stage (i.e., F0, F1, F2, F3, F4, and decompensated cirrhosis). And the total number of inmates in FDC custody who have been identified as having chronic HCV and have been both staged and evaluated. This number must be further broken down by stage (i.e., F0, F1, F2, F3, F4, and decompensated cirrhosis)."

**SO ORDERED on March 12, 2018.**

                                        <u>s/Mark E. Walker     </u>
                                        **United States District Judge**