UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL HOFFER,
RONALD MCPHERSON, and
ROLAND MOLINA, individually
and on behalf of a class of persons
similarly situated,

    Plaintiff,

v.                                  Case No. 4:17-cv-00214-MW-CAS

JULIE L. JONES, in her official
capacity as Secretary of the
Florida Department of Corrections,

    Defendants.
_____/

## NOTICE OF CORRECTION TO DEFENDANT'S MOTION TO CONVERT PRELIMINARY INJUNCTION TO A PERMANENT INJUNCTION AND FOR SUMMARY JUDGMENT

Defendant Jones, through undersigned counsel, files this notice to provide corrections to the previously filed Motion to Convert Preliminary Injunction to a Permanent Injunction and for Summary Judgment (the "Motion"). The corrections are as follows:

1. **At the bottom of page 3 of the Motion, there is a sentence that reads:**

    "At this point, Defendant is seeking to focus its employee time and department resources*")*, on monitoring inmates with acute hepatitis C ("cHCV") …"

**Instead, the sentence should read:**

"At this point, Defendant is seeking to focus its employee time and department resources, on monitoring inmates with *chronic* hepatitis C ("cHCV") …" (emphasis added to the correction)

2. **On page 24 of the Motion, within the block quote near the bottom of the page, there is a sentence that reads:**

"I really don't have pushback on the F3s and F4s since the time they came out because everybody recognizes that those are the people you can cannot delay on."

**Instead, that sentence should read:**

"I really don't have pushback on the F3s and F4s since the time they came out because everybody recognizes that those are the people you *cannot* delay on." (emphasis added to the correction)

3. **On page 32 of the Motion, at the end of the paragraph at the top of the page, there is a sentence that reads:**

"… Plaintiffs' class claims predicated on failure to treat with DAAs under the ADA must be dismissed as to those individuals with fibrosis scores of F1 or F2."

**Instead, that sentence should read:**

"… Plaintiffs' class claims predicated on failure to treat with DAAs under the ADA must be dismissed as to those individuals with fibrosis scores of *F1 or F0*." (emphasis added to the correction)

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

*/s/ Albert Bowden*
ALBERT BOWDEN

Special Counsel
Florida Bar Number 802190
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300 - Telephone
(850) 488-4872 - Facsimile
Email: al.bowden@myfloridalegal.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically served by the Court's CM/ECF systems on all counsel of record this 14th day of May 2018.

*/s/ Albert J. Bowden*
ALBERT J. BOWDEN