UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL HOFFER, et al.,

    *Plaintiffs*,

v.                                     Case No. 4:17cv214-MW/CAS

JULIE L. JONES, in her official
capacity as Secretary of the
Florida Department of
Corrections,

    *Defendant.*
_____/

## ORDER RENEWING PRELIMINARY INJUNCTION

This Court entered a preliminary injunction in this case on December 13, 2017. ECF No. 185. That injunction has since been renewed and has also been modified several times. *See* ECF No. 214; ECF No. 218; ECF No. 226; ECF No. 236; ECF No. 243. Plaintiffs now move to renew the injunction a second time. ECF No. 302. Defendant opposes a second renewal. ECF No. 304.

Despite Defendant's arguments in opposition, this Court finds that a renewal is appropriate. Absent a renewal, the preliminary injunction will expire on June 12, 2018. *See* ECF No. 302. This case will not be completed by then. Indeed, discovery is

1

still ongoing, and there are still further issues to be resolved before a permanent injunction is entered. For the same reasons this Court previously renewed the preliminary injunction, this Court finds that the preliminary injunction should again be renewed.

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' motion for issuance of a third preliminary injunction, ECF No. 302, is **GRANTED**.

2. The preliminary injunction entered in this case, ECF No. 185, as subsequently modified and renewed, shall re-issue on June 12, 2018. This Court expressly incorporates all previously made findings supporting the original injunction, subsequent modifications, and the first renewal.

**SO ORDERED on May 24, 2018.**

<u>s/Mark E. Walker</u>
**United States District Judge**