UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

CARL HOFFER, )
RONALD MCPHERSON, and )
ROLAND MOLINA, )
individually and on behalf )
of a Class of persons )
similarly situated, )
)
    Plaintiffs, )
)
v. ) Case No.  4:17-cv-00214-MW/CAS
)
JULIE L. JONES, in her )
official capacity as Secretary of the )
Florida Department Corrections, )
)
    Defendant. )
_____)

## NOTICE OF FILING EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Plaintiffs Carl Hoffer, Roland Molina, and Ronald McPherson, for themselves and on behalf of the class they represent, hereby file the following exhibits in support of their Motion for Summary Judgment:

    1.    Beckman Article and Appendix;

    2.    Deposition Transcript for Albert Maier;

    3.    Deposition Transcript for Centurion 30(b)(6);

    4.    Deposition Transcript for Daniel Cherry;

5. Deposition Transcript for Daniel Dewsnup;

6. Deposition Transcript for FDC 30(b)(6);

7. Deposition Transcript for Long Do;

8. Deposition Transcript for Olugbenga Ogunsanwo;

9. Deposition Transcript for Stephen Whitfield;

10. Deposition Transcript for Thomas Reimers;

11. Deposition Transcript for Timothy Whalen;

12. E-mails 1145 – 38581;

13. E-mails 38649 – 63035;

14. E-mails 63064 – 71969;

15. E-mails 71987 – 104973;

16. HCV Testing and Treatment in Correctional Settings;

17. Hearing Transcript – Opening Statement;

18. Hearing Transcript for Albert Maier;

19. Hearing Transcript for Daniel Dewsnup, M.D.;

20. Hearing Transcript for Thomas Reimers 10/24/17;

21. Hearing Transcript for Thomas Reimers and Timothy E. Whalen – 10/23/17;

22. Hearing Transcript for Thomas Reimers; 10/20/17;

23. HSB 15.03.09 Supplement #3 – Revised 4/16/18;

24. HSB – Prerelease Planning;

25. HSB – Prerelease Planning (Mental Health);

26. Interventions to Increase Testing, linkage to Care and Treatment of Hep C Infection Among People in Prisons;

27. Massachusetts DOC Hep C Policy;

28. Massachusetts DOC Settlement Agreement;

29. Minnesota DOC Hep C Policy;

30. New Mexico DOC Hep C Policy;

31. Stipulations Regarding Topics for Rule 30(b)(6) Deposition of Defendant, Julie Jones;

32. Timeline of Events;

33. Universal Opt-Out Screening for Hep C Within Correctional Facilities in an Effective Intervention to Improve Public Health;

34. Unsworn Declaration of Margaret Koziel;

35. Unsworn Declaration of ▮▮▮▮▮▮;

36. Unsworn Declaration of ▮▮▮▮▮▮;

37. Unsworn Declaration of ▮▮▮▮▮▮.

    Respectfully submitted,

    Randall C. Berg, Jr., Esq.
    Fla. Bar No. 0318371
    *RBerg@FloridaJusticeInstitute.org*
    Dante P. Trevisani, Esq.

        Fla. Bar No. 72912
        *DTrevisani@FloridaJusticeInstitute.org*
        Erica Selig, Esq.
        Fla. Bar No. 0120581
        *ESelig@FloridaJusticeInstitute.org*
        FLORIDA JUSTICE INSTITUTE, INC.
        3750 Miami Tower
        100 S.E. Second Street
        Miami, Florida  33131
        305.358.2081
        305.358.0910 – Fax

        *Attorneys for Plaintiffs*

        By:  *s/Dante P. Trevisani*
              Dante P. Trevisani, Esq.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed today, June 22, 2018, the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered to receive electronic notifications for this case, including all opposing counsel.

        By:  *s/Dante P. Trevisani*
              Dante P. Trevisani, Esq.