# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

CARL HOFFER, et al.,

        *Plaintiffs*,

v.                               **Case No. 4:17cv214-MW/CAS**

JULIE L. JONES, in her official capacity as Secretary of the Florida Department of Corrections,

        *Defendant.*

_____/

## ORDER RENEWING PRELIMINARY INJUNCTION

This Court entered a preliminary injunction in this case on December 13, 2017. ECF No. 185. That injunction has since been renewed and has also been modified several times. *See* ECF No. 214; ECF No. 218; ECF No. 226; ECF No. 236; ECF No. 243; ECF No. 307. Plaintiffs now move to renew the injunction a third time. ECF No. 379. Defendant does not oppose the renewal. *Id.* at 3. For the same reasons this Court previously renewed the injunction, this Court finds that the injunction should again be renewed.

Accordingly,

1

**IT IS ORDERED:**

1. Plaintiffs' motion for issuance of a fourth preliminary injunction, ECF No. 379, is **GRANTED**.

2. The preliminary injunction entered in this case, ECF No. 185, as subsequently modified and renewed, shall re-issue on September 11, 2018. This Court expressly incorporates all previously made findings supporting the original injunction, subsequent modifications, and subsequent renewals.

**SO ORDERED on September 5, 2018.**

> <u>s/Mark E. Walker</u>
> **Chief United States District Judge**