UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL HOFFER, et al.,

        Plaintiffs,

vs.                              CASE NO. 4:17-cv-214-MW/CAS

MARK S. INCH, in his official
capacity as Secretary of the
Florida Department of Corrections,

        Defendant.
_____/

**MOTION TO WITHDRAW AS COUNSEL BY
ATTORNEY, RANDALL C. BERG, JR.**

COMES NOW attorney, Randall C. Berg, Jr., moves this Honorable Court for an Order permitting him to withdraw from representation of Plaintiffs in this matter pursuant to Local Rule 11.1(H). In support of this motion, counsel states as follows:

1.    Attorney, Randall C. Berg, Jr., retired on December 31, 2019 and is no longer employed with Florida Justice Institute.

2.    The Plaintiffs were provided with fourteen (14) days advance notice of this withdrawal and do not object to said withdrawal. They are not prejudiced by this withdrawal as they are still represented by attorneys at Florida Justice Institute, Dante P. Trevisani and Erica Selig.

{07201880;1}

WHEREFORE, counsel requests the Court enter an Order permitting attorney, Randall C. Berg, Jr., to withdraw from representation of Plaintiffs in this matter.

**Certificate of Counsel.** Pursuant to Local Rule 7.1(B), N.D. Fla., Plaintiff's counsel has conferred with Defendant's counsel regarding this motion. Defendant does not oppose the relief sought herein.

**Word Count.** Pursuant to Local Rule 7.1(F), N.D. Fla., the word count of this Motion is 184 words.

Respectfully submitted,

Randall C. Berg, Jr., Esq.
Florida Bar No. 318371
*rberg@floridajusticeinstitute.org*
Dante P. Trevisani, Esq.
*dtrevisani@floridajusticeinstitute.org*
Erica A. Selig, Esq.
Florida Bar No. 0120581
*Eselig@floridajusticeinstitute.org*
FLORIDA JUSTICE INSTITUTE, INC.
3750 Miami Tower
100 S.E. Second Street
Miami, Florida 33131-2309
Phone 305.358.2081
Fax 305.358.0910

*Attorneys for Plaintiffs*

By: *s/Randall C. Berg, Jr.*
     Randall C. Berg, Jr., Esq.

{07201880;1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 5, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered to receive electronic notifications for this case, including all opposing counsel.

By: *s/Randall C. Berg, Jr.*
Randall C. Berg,

{07201880;1}