IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARL HOFFER, et al.,**

    **Plaintiffs,**

**v.**                                                   **Case No. 4:17cv214-MW/CAS**

**MARK S. INCH, in his official
capacity as Secretary of the
Florida Department of Corrections,**

    **Defendant.**
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, the Motion to Withdraw as Counsel by Attorney Randall C. Berg, Jr. ECF No. 426. The motion is **GRANTED**. Randall C. Berg, Jr. of the Florida Justice Institute is permitted to withdraw as counsel. Plaintiffs shall continue to be represented by Dante P. Trevisani and Erica Selig. The Clerk shall disconnect the notice of electronic filing for Mr. Berg for this case.

**SO ORDERED on February 5, 2019.**

                                        **s/Mark E. Walker**
                                        **United States District Judge**