# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

CARL HOFFER, *et al.*,

    *Plaintiffs*,

v.                          Case No. 4:17cv214-MW/CAS

MARK S. INCH, in his official capacity as Secretary of the Florida Department of Corrections,

    *Defendant.*

_____/

## ORDER DENYING MOTION FOR MODIFICATION OF INJUNCTION

This Court has considered, without hearing, Plaintiffs' Motion for Modification of Injunction. ECF No. 470. That motion is **DENIED**. The spreadsheets at issue apparently are not accurate. This Court will not require the distribution of inaccurate data. However, if Plaintiffs believe additional information is necessary to monitor compliance with the injunction, then this Court will consider requiring Defendant to file additional information under seal (protecting the identities of inmates etc.) with its monthly reports. This Court encourages the parties to

1

cooperate and thereby reduce the cost of litigation.

**SO ORDERED on May 13, 2019.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**