UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARL HOFFER, et al.,**

    Plaintiffs,

v.                                       Case No.: 4:17-cv-214-MW/CAS

**MARK S. INCH, in his official
capacity as Secretary of the Florida
Department of Corrections,**

    Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Secretary Mark S. Inch, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final order and judgment entered in this action on April 18, 2019, DE 465–66, from the order granting class certification entered on November 17, 2017, DE 152, and from the order granting a preliminary injunction entered on November 17, 2017, DE 153, and modified on December 13, 2017, DE 185, January 31, 2018, DE 214, February 9, 2018, DE 218, February 21, 2018, DE 226, March 12, 2018, DE 236, March 30, 2018, DE 243, May 24, 2018, DE 307, September 5, 2018, DE 380, November 27, 2018, DE 409, and February 26, 2019, DE 437, to the extent these rulings have any continuing effect, and from all previous rulings, opinions, and orders entered in this case.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

*/s/ Albert J. Bowden, III*
Albert J. Bowden, III
Special Counsel
Florida Bar No.: 802190
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300, Ext. 4716
(850) 488-4872 (Fax)
al.bowden@myfloridalegal.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically served by the Court's CM/ECF systems on counsel for Plaintiffs this 16th day of May, 2019.

*/s/ Albert J. Bowden, III*
Albert J. Bowden, III