UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL HOFFER, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No. 4:17-cv-214-MW-CAS

MARK S. INCH, Secretary, Florida
Department of Corrections,

    Defendant.
_____/

## JOINT NOTICE REGARDING NEED FOR HEARING

The Parties, by and through undersigned counsel, and in accordance with the Court's instructions (ECF 573), hereby jointly notify the Court they do not believe a further hearing is necessary, and that Plaintiffs do not oppose closing the case.

Plaintiffs previously requested a period of discovery (ECF 564) to determine whether a hearing on Defendant's pending motion to dismiss (ECF 560) was necessary. The parties then conducted that discovery. Both parties sent and responded to Interrogatories and Request for Production, Plaintiffs took a Rule 30(b)(6) deposition of Defendant, Plaintiffs reviewed the updated spreadsheets and other information provided by Defendant, and Plaintiffs requested and received additional information from Defendant with respect to numerous specific patients. After reviewing the information provided by Defendant, consulting with experts,

and negotiating and entering a settlement agreement resulting in several modifications to the Health Service Bulletin governing Hepatitis C, Plaintiffs have concluded that a hearing on the pending Motion to Dismiss is not necessary and that Plaintiffs do not oppose closing the case.

**Certificate of Word Limit.**  Pursuant to N.D. Fla. Local Rule 7.1(F), this document contains 173 words.

Respectfully submitted,

| | |
|---|---|
| ASHLEY MOODY<br>Attorney General<br><br>/s/ *Bilal Ahmed Faruqui*<br>BILAL AHMED FARUQUI<br>Senior Assistant Attorney General<br>Florida Bar Number 15212<br>Office of the Attorney General<br>General Civil Litigation Division<br>State Programs Bureau<br>PL – 01 The Capitol<br>Tallahassee, Florida 32399-1050<br>(850) 414-3757<br>Bilal.Faruqui@myfloridalegal.com<br>COUNSEL FOR DEFENDANT | Dante P. Trevisani, Esq.<br>Fla. Bar No. 72912<br>DTrevisani@floridajusticeinstitute.org<br>Erica A. Selig, Esq.<br>Fla. Bar No. 120581<br>ESelig@floridajusticeinstitute.org<br>Florida Justice Institute, Inc.<br>PO Box 370747<br>Miami, FL 33137<br>305.358.2081<br>305.358.0910 (Fax)<br><br>Attorneys for Plaintiffs<br><br>By:   *s/ Dante P. Trevisani*<br>         Dante P. Trevisani, Esq. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered to receive electronic notifications for this case, including all opposing counsel.

By: *s/Dante P. Trevisani*
Dante P. Trevisani, Esq.