IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARL HOFFER, et al.,**

    *Plaintiffs*,

v.                                        Case No.: 4:17cv214-MW/CAS

**MARK S. INCH, Secretary, Florida
Department of Corrections,**

    *Defendant.*

_____/

## ORDER FOR DISMISSAL

The parties have filed a joint notice regarding need for a hearing on Defendant's motion to dismiss and indicating that the parties have reached a settlement agreement resulting in modifications to the Health Service Bulletin governing Hepatitis C. ECF No. 587. Plaintiffs no longer oppose closing this case. *Id*. at 2. Accordingly,

**IT IS ORDERED**:

1. The parties must comply with their settlement agreement.

2. All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4. The Clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The Clerk must terminate ECF No. 560 and close the file.

6. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

**SO ORDERED on August 11, 2021.**

>  s/Mark E. Walker
>  **Chief United States District Judge**