UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARL HOFFER,
RONALD McPHERSON
and ROLAND MOLINA,

    VS                                                 CASE NO.  4:17cv214-MW/CAS

MARK S. INCH, Secretary, Florida
Department of Corrections,

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

 August 12, 2021                s/ Angela Maxwell
DATE                                 Deputy Clerk: Angela Maxwell